# EXHIBIT "A"

# BURSOR & FISHER
P.A.

1990 N. California Blvd.
SUITE 940
WALNUT CREEK, CA 94596
www.bursor.com

YEREMEY KRIVOSHEY
Tel: 925.300.4455
Fax: 925.407.2700
ykrivoshey@bursor.com

April 20, 2020

<u>*Via Certified Mail - Return Receipt Requested*</u>

Hawaiian Airlines, Inc.
3375 Koapaka Street, Suite G350
Honolulu, Hawaii 96819

Corporation Service Company
1003 Bishop Street
Suite 1600 Pauahi Tower
Honolulu, Hawaii 96813

Re:   *Demand Letter Pursuant to California Civil Code § 1782, and other applicable laws.*

To Whom It May Concern:

    This letter serves as a notice and demand for corrective action on behalf of my client, Nataly Alvarez, and all other persons similarly situated, arising from violations of numerous provisions of California law including the Consumers Legal Remedies Act, Civil Code § 1770, including but not limited to subsections (a)(5), (7), and (9).  This letter also serves as notice pursuant to U.C.C. § 2-607(3)(A) and Cal. Com. Code § 2607(3)(a) concerning the breaches of express and implied warranties described herein, as well as breach of contract and money had and received.  This letter also serves as notice for violation of numerous provisions of Hawaii law, including Hawaii's Unfair Deceptive Acts or Practices Statute, H.R.S. § 480-1, *et seq.*, Hawaii's Uniform Deceptive Trade Practices Act, H.R.S. § 481A, *et seq.*, and Hawaii's False Advertising Law, H.R.S. § 708-871, *et seq.*

    Hawaiian Airlines, Inc. ("Hawaiian") has cancelled numerous flights due to government travel restrictions related to the coronavirus, COVID-19.  Hawaiian's Domestic Contract of Carriage also notes that a customer is entitled to a refund when Hawaiian cancels a customer's flight.  Rule 24(A)(1)[1] entitles passengers to a refund when Hawaiian "refuse[s] to allow you, to travel for reasons relating to . . . Rule 21: Flight Delays, Changes, Cancellations, and Aircraft Changes."  Rule 21(B)(4)(c)[2] includes "Any Government Law, demand, or requirement."

---

[1] RULE 24, https://www.hawaiianairlines.com/legal/domestic-contract-of-carriage/rule-24 (last accessed Apr. 16, 2020).

[2] RULE 21, https://www.hawaiianairlines.com/legal/domestic-contract-of-carriage/rule-21 (last accessed Apr. 16, 2020).



EXHIBIT "A"

BURSOR&FISHER
P.A.

PAGE 2

However, neither my client nor other Hawaiian customers whose flights were cancelled have received cash refunds for their trips. Yet, Hawaiian "**remain[s] obligated to provide a prompt refund to passengers** for flights to, within, or from the United States when the carrier cancels the passenger's scheduled flight or makes a significant schedule change and the passenger chooses not to accept the alternative offered by the carrier."[3]

Ms. Alvarez is a citizen of California, residing in Baldwin Park. Ms. Alvarez booked a flight on Hawaiian from Los Angeles to Maui. However, Ms. Alvarez's departing flight (Los Angeles to Paris) was cancelled by Hawaiian due to the Coronavirus travel advisory. Ms. Alvarez attempted to receive a cash refund from Hawaiian but never received a response. However, pursuant to Department of Transportation guidance, Hawaiian "**remain[s] obligated to provide a prompt refund to passengers** for flights to, within, or from the United States when the carrier cancels the passenger's scheduled flight or makes a significant schedule change and the passenger chooses not to accept the alternative offered by the carrier."[4]

Ms. Alvarez is acting on behalf of a class defined as all persons in the United States who purchased tickets for travel on a Hawaiian flight scheduled to operate to, from, or within the United States whose flights were cancelled or were subject to a significant schedule change and not refunded (the "Class").

To cure the defects described above, we demand that you make full restitution to all members of the aforementioned Class.

We further demand that you preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the fees Hawaiian collect or collected from their customers;

2. All documents concerning the marketing, advertising, or sale of Hawaiian flight tickets;

3. All documents concerning Hawaiian's decision to cancel flights;

4. All documents concerning Hawaiian's method for processing cash refunds of flight tickets;

5. All documents concerning the total value or dollar amount collected by Hawaiian for flights now cancelled due to Coronavirus; and

---

[3] Dep't of Transp., U.S Department of Transportation Issues Enforcement Notice Clarifying Air Carrier Refund Requirements, Given the Impact of COVID-19 (Apr. 3, 2020), https://www.transportation.gov/briefing-room/us-department-transportation-issues-enforcement-notice-clarifying-air-carrier-refund (last accessed Apr. 16, 2020) (hereinafter "DOT Notice") (emphasis added).
[4] DOT Notice (emphasis added).

**BURSOR&FISHER**
P.A.

6. All communications with customers concerning complaints or comments concerning Hawaiian's flights, and Hawaiian's refund program.

We are willing to negotiate to attempt to resolve the demands asserted in this letter. If you wish to enter into such discussions, please contact me immediately. If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents promptly.

Very truly yours,

Yeremey O. Krivoshey